# LAW OFFICE OF ZHOU WANG

Zhou Wang, Esq
P.O. Box 130182. New York, NY 10013
Tel:  (212) 966-8860. Fax: (212) 966-6177.
Email: lawofficeofzhouwang@gmail.com

---

5/22/2025

United States District Court
Eastern District of New York
225 Cadman Plaza East.
Brooklyn, NY 11201

Jingjing Lian, et al. v. Noem, et al., 25-cv-01554-CBA (EDNY)

Dear Honorable Judge Carol Bagley Amon,

This Petition contains a habeas corpus claim and a mandamus claim. On 04/22/2025, Your Honor has ruled to keep the mandamus claim in the EDNY and asked the Clerk to expeditiously send the habeas corpus claim to the Eastern District of Virginia without waiting 7-days per the local rule. The clerk of the Court did not send the case to the Eastern District of Virginia until undersigned called the clerk on 5/14//2025 to ask if the case was transferred. At one point, the clerk erroneously sent the entire case to the Eastern District of Virgin and closed this case in EDNY. The clerk subsequently undid the closure and restored the case in EDNY.

Undersigned called the Eastern District of Virginia several times and was informed that that Court did not receive the case. Undersigned called a clerk of EDNY who confirmed that the case was in transferred out, but refused to call the Eastern District of Virginia to resolve this issue.

This is the situation where an EDNY clerk said the case was transferred to the Eastern District of Virginia, who claimed that that Court did not receive the transfer. Given the urgency of the habeas corpus claim, the facts that clerk failed to expeditiously transfer the case to the Easter District of Virginia, an erroneous closure of the case in EDNY by a court clerk, Undersigned asks that Court to designate someone to assure that the Eastern District of Virginia receive the case. Undersigned thanks the Court for the time and consideration on this request.

Sincerely,

Zhou Wang, Esq
Law Office of Zhou Wang
P.O. Box 130182.
New York, NY 10013
(212) 966-8860